**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS I. GAGE,<br><br>Plaintiff,<br><br>v.<br><br>SOMERSET COUNTY, et al.,<br><br>Defendants. | Civil Action No. 19-9097 (MAS) (ZNQ)<br><br>**MEMORANDUM ORDER** |

This matter comes before the Court upon Defendant Jay B. Bohn's ("Bohn" or "Defendant") Motion to Confirm That Claims Against Him Were Not Transferred From the District Court for the District of Columbia and Are Not Pending in This Court or, in the Alternative, For Dismissal on the Basis of *Res Judicata* ("Motion"). (ECF No. 37.) Bohn seeks either to confirm that the claims against him were dismissed by the United States District Court for the District of Columbia before this case was transferred to the District of New Jersey, or for the Court to declare that Plaintiff Thomas Gage's ("Gage") claims are barred by the doctrine of *res judicata*. (Moving Br. 1, 8, ECF No. 37-2.) Bohn argues that the Order transferring the case to the District of New Jersey did not transfer Gage's claims against Bohn. (*Id.* at 7.)

Upon a review of the docket, the Court notes that Judge Colleen Kollar-Kotelly, District Judge for the District of Columbia, dismissed Bohn from this action on August 21, 2018. (ECF No. 16.) Moreover, in her Opinion accompanying the transfer order, Judge Kollar-Kotelly repeatedly notes Bohn's dismissal. (Mem. Op. 1 n.1, 10 n.4, 14 n.7, ECF No. 30.) The Court,

accordingly, confirms that the claims against Bohn were dismissed prior to the transfer of the case. Based on the foregoing, and for other good cause shown,

    **IT IS** on this 30th day of December, 2019 **ORDERED** that:

    Defendant's Motion (ECF No. 37) is **GRANTED**.

                                            s/ Michael A. Shipp
                                            **MICHAEL A. SHIPP**
                                            **UNITED STATES DISTRICT JUDGE**